UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORINA MERSCH-BEACH,<br><br>           Plaintiff,<br><br>   v.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>           Defendant. | CASE NO. 2:24-cv-01860-JNW<br><br>ORDER EXTENDING DISCOVERY AND RELATED DATES |

Having reviewed the parties' joint stipulated motion to extend discovery, Dkt. No. 14, the Court sets the following amended dates:

| EVENT | DATE |
|---|---|
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | September 14, 2025 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | Within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (see LCR 7(d)) | October 14, 2025 |
| Discovery completed by | November 13, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | October 15, 2025 |

ORDER EXTENDING DISCOVERY AND RELATED DATES - 1

| | |
|---|---|
| Settlement conference under LCR 39.1(c)(2) must be held no later than | November 13, 2025 |
| All motions in limine must be filed by (see LCR 7(d)) | December 17, 2025 |
| Deposition Designations must be submitted to the Court by (see LCR 32(e)) | December 22, 2025 |
| Agreed pretrial order due | December 22, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | December 29, 2025 |
| Pretrial conference | January 5, 2026 |
| JURY TRIAL begins | January 12, 2026 |

It is so ORDERED.

Dated this 14th day of May, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER EXTENDING DISCOVERY AND RELATED DATES - 2